IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DEAN WEBB,

      Plaintiff,                    No. 2:13-cv-0242 EFB P

      vs.

WILLIAM KNIPP, et al.,

      Defendants.           ORDER

          Plaintiff is a prisoner confined to Mule Creek State Prison. He proceeds pro se and seeks a one-year extension of time to file a civil rights action. Plaintiff's request must be denied, as a complaint is necessary for the commencement of a civil action. Unlike the pending request for extension of time, which is fourteen pages long and accompanied by 75 pages of exhibits, a complaint must contain a *short and plain* statement of plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 3; Fed. R. Civ. P. 8. Plaintiff is hereby informed he need not prove his claims with evidence at this time. In filing a complaint, plaintiff should simply state the facts upon which he alleges a defendant has violated his constitutional rights and refrain from submitting exhibits. Plaintiff may draft his claims on the form complaint used by this court.

          Until plaintiff submits a complaint, there simply is no case before the court.

////

Accordingly, it hereby is ORDERED that:

1. Plaintiff's request for a one-year extension of time to file a complaint (Dckt. No. 1) is denied.

2. The Clerk shall send to plaintiff the form complaint.

3. Within 30 days of the date of this order, plaintiff shall submit a complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: February 19, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE